**Order filed October 29, 2020.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00546-CV
_____

### DI ANGELO PUBLICATIONS, INC., Appellant

### V.

### JENTRY KELLY, Appellee

---

**On Appeal from the 270th District Court
Harris County, Texas
Trial Court Cause No. 2018-80674-B**

---

## ORDER

This is an appeal from an order finalized by a severance order entered July 7, 2020. The clerk's record was filed October 26, 2020.

Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain the July 7, 2020 severance order.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before **November 12, 2020**, containing the July 7, 2020 severance order.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM

Panel Consists of Justices Spain, Hassan, and Poissant.